THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JAMES O'HAGAN, Appellant.

*Crimes — criminally receiving stolen property — conviction affirmed.*

*People* v. *O'Hagan,* 190 App. Div. 890, affirmed.

(Submitted March 14, 1921; decided April 19, 1921.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered November 28, 1919, which affirmed a judgment of the Albany County Court rendered upon a verdict convicting the defendant of the crime of criminally receiving stolen property.

*Louis F. O'Neill* for appellant.

*Timothy E. Roland, District Attorney,* for respondent.

Judgment affirmed; no opinion.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, CARDOZO, POUND, McLAUGHLIN and CRANE, JJ.